No. 93–8888. PAGE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8889. MENDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8892. CAZARES-BARRAGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8904. HEILIG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–1533. PHILLIPS PETROLEUM CO. v. ROBERTSON OIL CO. C. A. 8th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–5893. WILLIAMSON v. OKLAHOMA. Ct. Crim. App. Okla.;
No. 93–7957. BELTRAN-LOPEZ v. FLORIDA. Sup. Ct. Fla.;
No. 93–8089. TOWNS v. ILLINOIS. Sup. Ct. Ill.;
No. 93–8229. ARBELAEZ v. FLORIDA. Sup. Ct. Fla.; and
No. 93–8376. SAM v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.